**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-7603
_____

JASON T. SCOTT,

            Petitioner - Appellant,

      v.

WARDEN J. T. SHARTLE, named as FCC Warden; SUSAN MCCLINTOCK,
named as USP Warden, Tucson, AZ; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

            Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Theodore D. Chuang, District Judge.
(8:16-cv-00364-TDC)

_____

Submitted:  January 17, 2017      Decided:  Janaury 20, 2017

_____

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jason T. Scott, Appellant Pro Se.  Edward John Kelley, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason T. Scott seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2012) petition without prejudice for failure to exhaust state court remedies. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Scott has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before this court and argument would not aid the decisional process.

DISMISSED